IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

Tisha Brick, Pro Se Parent
on behalf of Student A.B.

    Plaintiff,

vs.                                                   No. 1:18-cv-001143 JCH-JHR

Estancia Municipal School District,
EMSD Legal Counsel Evelyn Howard-Hand
& Lorie Gerkey of Walsh Gallegos Trevino Russo & Kyle P.C.,
Chief Stephanie Reynolds & Officer Mico Fernandez
of Estancia Police Department,
Vanessa Gutierrez of Triple A Participant Self Direction LLC,
State of New Mexico,
New Mexico Public Education Department,
The Office of Civil Rights Denver Division,
Deputy District Attorney Ray Sharbatt,

    Defendants.

## ENTRY OF APPEARANCE

    German • Burnette & Associates, LLC, by and through Mary Keleher Castle and Elizabeth L. German, hereby enter their appearance on behalf Defendant Estancia Municipal School District in this matter.

                                                         Respectfully Submitted:

                                                         *German • Burnette & Associates, LLC*

                                                         */s/ Elizabeth L. German*
                                                         Mary Keleher Castle
                                                         Elizabeth L. German
                                                         *Attorneys for Defendant Estancia Municipal*
                                                         *School District*
                                                         11728 Linn Ave. NE
                                                         Albuquerque, NM 87123
                                                         (505) 292-9676

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on the 17th day of December, 2018, I filed the foregoing electronically through the CM/ECF system, which caused counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

                                                    */s/ Elizabeth L. German*