IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

Tisha Brick, Pro Se Parent
on behalf of Student A.B.

    Plaintiff,

vs.                                                                    No. 1:18-cv-001143 JCH-JHR

Estancia Municipal School District,
EMSD Legal Counsel Evelyn Howard-Hand
& Lorie Gerkey of Walsh Gallegos Trevino Russo & Kyle P.C.,
Chief Stephanie Reynolds & Officer Mico Fernandez
of Estancia Police Department,
Vanessa Gutierrez of Triple A Participant Self Direction LLC,
State of New Mexico,
New Mexico Public Education Department,
The Office of Civil Rights Denver Division,
Deputy District Attorney Ray Sharbatt,

    Defendants.

## **NOTICE OF UNAVAILABILITY**

COMES NOW Elizabeth L. German and hereby files this Notice of Unavailability. Ms. German will be unavailable from March 27, 2019 to March 29, 2019.

Counsel respectfully requests that matters requiring her attendance not be scheduled on those dates and that she not be required to submit briefs or other pleadings on or immediately after those dates.

                                                                                 Respectfully submitted,

                                                                                 *German • Burnette & Associates, LLC*

                                                                                 */s/ Elizabeth L. German*
                                                                                 ELIZABETH L. GERMAN
                                                                                 Attorney for Defendant Estancia Municipal
                                                                                 School District
                                                                                 11728 Linn Ave. NE
                                                                                 Albuquerque, NM 87123
                                                                                 (505) 292-9676

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 19th day of December, 2018, I filed the foregoing electronically through the CM/ECF system, which caused Pro Se Plaintiff to be served by electronic means, as more fully reflected on the Notice of Electronic Filing and also sent electronically to opposing counsel.

/s/ Elizabeth L. German
Elizabeth L. German