IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TISHA BRICK, and

A.B.,

   Plaintiffs,

v.                                                        No. 1:18-cv-01143-JCH-JHR

ESTANCIA MUNICIPAL SCHOOL DISTRICT, et al.,

   Defendants.

### **ORDER CONTINUING RULE 16 SCHEDULING CONFERENCE**

This matter is before the Court on its own motion. In light of recent public health concerns, the Court will continue the Rule 16 Scheduling Conference set for April 8, 2020 at 10:00 AM. The Scheduling Conference will be reset for **Wednesday, April 29, 2020 at 2:00 p.m**. **at the United States Courthouse, 4th Floor Hondo Courtroom, 333 Lomas Blvd. NW, Albuquerque, New Mexico**. The parties will cooperate in preparing a *Joint Status Report and Provisional Discovery Plan* ("JSR") which follows the sample JSR available at the Court's web site. Plaintiff, or Defendant in removed cases, is responsible for filing the JSR by **Wednesday, April 15, 2020.**

IT IS THEREFORE ORDERED that the Rule 16 Scheduling Conference currently set for April 8, 2020 is VACATED and RESET for **April 29, 2020 at 2:00 p.m.**

_____
JERRY H. RITTER
UNITED STATES MAGISTRATE JUDGE