IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TISHA BRICK, and
A.B.,

    Plaintiffs,

v.                                                        No. 1:18-cv-01143-JCH-JHR

ESTANCIA MUNICIPAL SCHOOL DISTRICT, et al.,

    Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER comes before the Court on the Proposed Findings and Recommended Disposition ("PFRD") of Magistrate Judge Jerry H. Ritter [Doc. 128], entered at the undersigned's request pursuant to 28 U.S.C. § 636(b). [*See* Doc. 22]. Magistrate Judge Ritter recommends that the Court dismiss the case with prejudice after analyzing the docket, the Plaintiff's response to the Court's Order to Show Cause [Doc. 126], the circumstances surrounding this matter, and the *Ehrenhaus* factors. [*See* Doc. 128]. The PFRD notified the parties of their ability to file objections and that failure to do so waives appellate review. [*Id.*, p. 7]. To-date, no objections have been filed and the time to do so has passed. 28 U.S.C. § 636(b)(1)(C); [*Id.*].

The failure to make timely objections to the Magistrate Judge's PFRD waives appellate review of both factual and legal questions. *United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1059 (10th Cir. 1996).

Wherefore, the Court hereby:

1) **adopts** Magistrate Judge Ritter's PFRD [Doc. 128]; and

2) **dismisses** this matter with prejudice.

1

**SO ORDERED.**

_____
SENIOR UNITED STATES DISTRICT JUDGE